LAW OFFICES OF LESLIE G. MCMURRAY
Leslie G. McMurray, S.B. No. 156263
Magnolia Professional Building
12520 Magnolia Blvd., Suite 206
Valley Village, California 91607
Telephone: (818) 505-9902
Facsimile:  (818) 505-1366

Attorneys for Plaintiff
BNSF Railway Company (formerly
THE BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>PENNY NEWMAN GRAIN COMPANY; and Roes 1-5, inclusive,<br><br>         Defendants<br>_____ | Case No. 1:05-cv-00105 AWI SMS<br><br>**STIPULATION TO PERMIT FILING OF A SECOND AMENDED COMPLAINT BY BNSF WAIVER OF SERVICE AND ORDER THEREON**<br><br>TRIAL DATE: NONE |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE

HONORABLE JUDGE ANTHONY W. ISSHII,

    Plaintiff BNSF RAILWAY COMPANY (["BNSF"], the former name of which

was THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY at

the time this Complaint in this matter was drafted) and defendant PENNY NEWMAN

1 | GRAIN COMPANY (PENNY NEWMAN) hereby stipulate and agree to the following
2 | for the sake of economy and for the convenience of the court:
3 |
4 |     WHEREAS the parties are actively engaged in settlement discussions in this
5 | matter;
6 |     WHEREAS BNSF has sued PENNY NEWMAN in connection with charges
7 | relating to rail car movements to and from PENNY NEWMAN's Fresno, California and
8 | Guernsey, California facilities and BNSF contends that charges have continued to accrue
9 | relating to services performed and demurrage accrued in connection with such
10 | movements which BNSF wishes to include in the pleadings to bring them up to date;
11 |     WHEREAS BNSF wishes to avoid the expense of utilizing the traditional mens of
12 | service of the summons and complaint by personal service on an officer or agent of
13 | PENNY NEWMAN;
14 |     WHEREAS the parties wish to avoid any expense to the Court by motion practice
15 | on leave to amend the complaint;
16 |     WHEREAS the parties anticipate this matter will settle in the very near future;
17 |
18 |     NOW THEREFORE the parties hereto do stipulate and agree to the following:
19 |
20 |     1.    BNSF may file the Second Amended Complaint against PENNY
21 |           NEWMAN
22 | (which is lodged concurrently herewith);
23 |
24 |     2.    BNSF may effectuate binding service of process of the Second Amended
25 | Complaint herein on PENNY NEWMAN by mailing a copy of the Second Amended
26 | Complaint on its counsel, Mr. Kenneth Baldwin at Law Offices of McCormick, Barstow,
27 | Sheppard, Wayte & Carruth, LLP at 5 River Park Place East, Fresno, California 93720;
28 |

3.  PENNY NEWMAN shall have twenty three days from the date of mail service of the Second Amended Complaint within which to answer or otherwise respond to the Complaint herein while the parties engage in informal settlement negotiations.

4.  The Court will set a Scheduling Conference in this matter after Penny Newman has filed its response to the Second Amended Complaint.

IT IS SO STIPULATED.

Dated: April 21, 2005        LAW OFFICES OF LESLIE G. MCMURRAY

BY: /s/ Leslie McMurray
    _____
    LESLIE G. MCMURRAY
    Attorneys for Plaintiff BNSF RAILWAY COMPANY (FORMERLY THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY)

Dated: April 21, 2005        MCCORMICK BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

BY: /s/ Kenneth Baldwin
    _____
    KENNETH BALDWIN
    Attorneys for Defendant PENNY NEWMAN GRAIN COMPANY

**ORDER ON STIPULATION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, having reviewed the above stipulation of the parties and good cause appearing therefore, hereby orders as follows:

1. BNSF may file the Second Amended Complaint lodged concurrently with the Stipulation against PENNY NEWMAN;

2. BNSF may effectuate binding service of process of the Second Amended Complaint on PENNY NEWMAN by mailing a copy of the Second Amended Complaint on its counsel, Mr. Kenneth Baldwin at Law Offices of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP at 5 River Park Place East, Fresno, California 93720;

3. PENNY NEWMAN shall have twenty three days from the date of mail service of the Second Amended Complaint within which to answer or otherwise respond to the Complaint herein.

4. The Court will set a Scheduling Conference in this matter after Penny Newman has filed its response to the Second Amended Complaint.

IT IS SO ORDERED.

**Dated:   April 25, 2005**            /s/ Sandra M. Snyder
icido3                                     UNITED STATES MAGISTRATE JUDGE