1  LAW OFFICES OF LESLIE G. MCMURRAY
   Leslie G. McMurray, S.B. No. 156263
2  Magnolia Professional Building
   12520 Magnolia Blvd., Suite 206
3  Valley Village, California 91607
   Telephone: (818) 505-9902
4  Facsimile:  (818) 505-1366

5  Attorneys for Plaintiff
   THE BURLINGTON NORTHERN AND
6  SANTA FE RAILWAY COMPANY

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11
   THE BURLINGTON NORTHERN      )  **CASE NO.  CIV - 05-0105 AWI SMS**
12 AND SANTA FE RAILWAY         )
   COMPANY, a Corporation,      )
13                              )  **STIPULATION TO CONTINUE**
                Plaintiff,      )  **DATE FOR RESPONSE TO**
14                              )  **COMPLAINT PENDING**
           v.                   )  **EXECUTION OF SETTLEMENT**
15                              )  **DOCUMENTS AND PAYMENT OF**
                                )  **SETTLEMENT AMOUNT**
16 PENNY NEWMAN GRAIN           )
   COMPANY; and Roes 1-5, inclusive, )  **ORDER**
17                              )
                Defendants      )  Trial date: None
18                              )
                                )
19                              )
   _____  )
20

21 **TO THE HON. ANTHONY W. ISHHI, UNITED STATES DISTRICT JUDGE:**

22        WHEREAS, Plaintiff BNSF Railway Company (suing herein under its former

23 name, The Burlington Northern and Santa Fe Railway Company) (hereafter "BNSF") and

24 Penny Newman Grain Company ("Penny Newman") have reached a settlement of this

25 case in its entirety which has yet been reduced to a formal writing;

26        WHEREAS BNSF wishes for this Court to retain jurisdiction over this matter until

27 such time as the parties have memorialized the settlement and until such time as the

28 settlement disbursement has been made;

1    WHEREAS Penny Newman has not yet filed its responsive pleading in this action

2 due to various continuances granted by this Court while good faith settlement discussions

3 were underway;

4    WHEREAS the parties anticipate that it will take less than thirty days to

5 memorialize the settlement but in an abundance of caution have built some addition time

6 into this agreement for the Court to retain jurisdiction over this matter;

7    NOW THEREFORE, the parties hereby do stipulate and agree that Penny Newman

8 shall have to and including July 20, 3005 to file its responsive pleading in this matter and

9 that once the documents memorializing the settlement are signed and the settlement

10 disbursement made from Penny Newman to BNSF, BNSF will dismiss this action with

11 prejudice.

12 Dated: May 20, 2005                    LAW OFFICES OF
                                         LESLIE G. MCMURRAY
13
                                         /s/ Leslie Mcmurray
14                                       _____
                                         Counsel for BNSF
15
   Dated: May 20, 2005                   LAW OFFICES OF MCCORMICK,
16                                       BARSTOW, SHEPPARD, WAYTE &
                                         CARRUTH, LLP
17
                                         /s/ Kenneth Baldwin
18                                       _____
                                         Counsel for PENNY NEWMAN
19 _____

20                            **ORDER OF THE COURT**

21    In consideration of the above stated stipulation and good cause appearing

22 therefore, Defendant Penny Newman Grain Company shall answer, object, or otherwise

23 respond to the Complaint by July 20, 2005.  Once the settlement is memorialized and the

24 settlement disbursement received by BNSF, BNSF shall file a Request for Dismissal of

   the entire action.
25
   IT IS SO ORDERED.
26
   **Dated:   May 23, 2005**          _____**/s/ Anthony W. Ishii**_____
27 0m8i78                             UNITED STATES DISTRICT JUDGE

28