| | |
|---|---|
| 1 | LAW OFFICES OF LESLIE G. MCMURRAY |
|   | Leslie G. McMurray, S.B. No. 156263 |
| 2 | Magnolia Professional Building |
|   | 12520 Magnolia Blvd., Suite 206 |
| 3 | Valley Village, California 91607 |
|   | Telephone: (818) 505-9902 |
| 4 | Facsimile:  (818) 505-1366 |
| 5 | Attorneys for Plaintiff |
|   | BNSF Railway Company (formerly named THE |
| 6 | BURLINGTON NORTHERN AND |
|   | SANTA FE RAILWAY COMPANY) |

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Corporation, | Case No. 1:05-CV-00105-AWI-SMS |
| Plaintiff, | **NOTICE OF SETTLEMENT; REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON** |
| v. | |
| PENNY NEWMAN GRAIN COMPANY; and Roes 1-5, inclusive, | |
| Defendants | |

TO THE HONORABLE JUDGE ANTHONY W. ISHHI, THE HONORABLE MAGISTRATE JUDGE SANDRA M. SNYDER, TO PENNY NEWMAN AND ITS COUNSEL OF RECORD:

   Based on a settlement reached by and between the parties to this action, Plaintiff BNSF Railway Company (formerly named "THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY") and hereafter referred to herein as "BNSF", hereby requests the dismissal of this action in its entirety with prejudice.  BNSF

respectfully thanks the Court and its staff for their assistance in the administration of this matter.

Dated: July 8, 2005  
LAW OFFICES OF
LESLIE G. MCMURRAY

/s/ Leslie McMurray
_____
Counsel for Plaintiff THE BNSF RAILWAY COMPANY (formerly named the Burlington Northern and Santa Fe Railway Company)

_____

**ORDER**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Based on the afore-stated request by BNSF for dismissal of this action in its entirety, this action is accordingly DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   July 11, 2005**            /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE